FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2246
(1:23-cv-00229-MSN-WEF)

_____

WILLIAM NILE ELAM, III

    Plaintiff - Appellee

v.

STEPHEN TIMOTHY EARLY; MICHAEL S. EARLY; SUZANNE J. EARLY

    Defendants - Appellants

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Harris, Judge Richardson, and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk